# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 19-0931 |
| AMERICAN WATER CONCEPTS, LLC, : | |
| et al., : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this ____20th___ day of March, 2019, **IT IS HEREBY ORDERED AND DECREED** that Plaintiff Andrew R. Perrong may register as an ECF Filing User in the ECF System solely for the purpose of the above-captioned matter.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to forward a copy of the Electronic Case Filing Notification of Case Activity Request Form to Plaintiff, at 1657 The Fairway #131, Jenkintown, PA 19046.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**